U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-24302-HUCK/McALILEY

DONNA PAYNE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## NOTICE OF FILING PROPOSED ORDER SCHEDULING MEDIATION

**COMES NOW** the Plaintiff, **DONNA PAYNE**, by and through her undersigned attorney, and pursuant to this Court's Order Setting Civil Jury Trial [DE10], hereby files the attached Order Scheduling Mediation for May 16, 2018 at 10:30 a.m. with Elisabeth M. Culmo, Esq. at Koltun & Lazar, 2601 S. Bayshore Drive, Miami, FL 33133.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 20, 2018 I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY:    */s/ Glenn J. Holzberg*
          GLENN J. HOLZBERG
          Fla. Bar Number: 369551

## SERVICE LIST
Donna Payne v. RCCL
Case No.: 17-CV-24302

**GLENN J. HOLZBERG, ESQ.**
glenn@holzberglegal.com
FBN: 369551
Law Offices of Glenn J. Holzberg
*Counsel for Plaintiff*
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: 305-668-6410
Facsimile:  305-667-6161

**BRYAN E. PROBST, ESQ.**
bprobst@rccl.com
FNB: 571881
Royal Caribbean Cruises Ltd.
*Counsel for Defendant*
1050 Caribbean Way
Miami, Florida 33132
Telephone: (305) 982-2956
Facsimile: (305) 539-6561