U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-24302-HUCK/McALILEY

DONNA PAYNE,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

**THE MEDIATION CONFERENCE** in this matter shall be held with Elisabeth M. Culmo, Esq. on May 16, 2018 at 10:30 a.m. at Koltun & Lazar, 2601 S. Bayshore Drive, Miami, FL 33133. This date has been agreed to by the Mediator and the Parties and shall not be rescheduled without leave of Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this ___ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

Copy to: All counsel of Record